UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONI IVANOV, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) NO: 08 CV 2151 ) |
| PRODUCE WORLD, LTD. and DOES 1-10, | ) Judge Ruben Castillo ) Magistrate Judge Nan Nolan ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, PRODUCE WORLD, LTD. (hereinafter "Produce World"), by and through its attorneys, CLAUSEN MILLER P.C., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, requests an enlargement of time to answer or otherwise plead to Plaintiff TONI IVANOV'S ("Ivanov") Complaint. In support of its motion, Produce World states as follows:

1.     Plaintiff Ivanov's Complaint is an action to secure redress pursuant to the Fair and Accurate Credit Transactions Act amendment to the Fair Credit Reporting Act.

2.     The deadline for Defendant Produce World to file a response to Plaintiff's Complaint is May 13, 2008.

3.     Clausen Miller P.C. was retained on May 5, 2008, to defend Defendant Produce World. As such, Defendant Produce World's counsel needs additional time to investigate the legal and factual matters concerning the Complaint.

1183034.1

WHEREFORE, for the reasons noted above, Defendant PRODUCE WORLD, LTD., respectfully requests that this Honorable Court extend the time within which to answer or otherwise plead up to and including June 2, 2008.

Respectfully submitted,

/s/ Maria Z. Vathis

STEVEN N. NOVOSAD
MARIA Z. VATHIS
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, Illinois  60603
312/855-1010
Attorneys for Defendant PRODUCE WORLD, LTD.

1183034.1