UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONI IVANOV, individually and on behalf of a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRODUCE WORLD, LTD. and DOES 1-10, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO: 08 CV 2151<br><br>Judge Ruben Castillo<br>Magistrate Judge Nan Nolan |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
　　　Cathleen M. Combs
　　　James O. Latturner
　　　Thomas Everett Soule
　　　Edelman, Combs, Latturner & Goodwin
　　　120 South LaSalle Street, 18th Floor
　　　Chicago, IL 60603

　　　On **May 13, 2008** at **9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, in Courtroom 2141, and then and there present **Defendant Produce World, Ltd.'s Motion for Enlargement of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　By:　　*/s/ Maria Z. Vathis*
　　　　　　　Steven N. Novosad (ARDC #6188173)
　　　　　　　Maria Z. Vathis (ARDC #6276866)
　　　　　　　Clausen Miller P.C.
　　　　　　　10 S. LaSalle Street
　　　　　　　Chicago, IL 60603-1098
　　　　　　　Telephone: 312/855-1010
　　　　　　　Facsimile: 312/606-7777
　　　　　　　snovosad@clausen.com
　　　　　　　mvathis@clausen.com

1183038.1

## CERTIFICATE OF SERVICE

On May 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Thomas Everett Soule
>EDELMAN, COMBS, LATTURNER
>  & GOODWIN
>120 South LaSalle Street, 18th Floor
>Chicago, IL 60603
>courtecl@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>tsoule@edcombs.com

>By: /s/ Maria Z. Vathis
>Maria Z. Vathis
>Clausen Miller P.C.
>10 S. LaSalle Street
>Chicago, IL 60603-1098
>Telephone: 312/855-1010
>Facsimile: 312/606-7777
>mvathis@clausen.com

1183038.1