**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Toni Ivanov

                     Plaintiff,

v.    Case No.: 1:08−cv−02151
     Honorable Ruben Castillo

Produce World, Ltd., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Defendant, Produce World, Ltd.'s motion for enlargement of time to answer or otherwise plead [12] is granted. Defendant to answer or otherwise plead to the complaint on or before 6/2/2008. Motion hearing set for 5/13/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.