UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TONI IVANOV, Individually and on Behalf of a Class,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRODUCE WORLD, LTD. and DOES 1-10,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  CASE NO:  08 CV 2151<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S JOINT MOTION TO DISMISS AND MOTION TO STRIKE

NOW COMES Defendant PRODUCE WORLD, INC. ("Produce World"), by and through its counsel, Clausen Miller P.C., and pursuant to Federal Rule of Civil Procedure 12(g)(1) ("Rule 12"), files this joint motion for dismissal of the Complaint pursuant to Rule 12(b)(6) and Motion to Strike pursuant to Rule 12(f)(2). In support of this motion, Produce World states as follows:

　　1.　　Plaintiff filed a Class Action Complaint individually and on behalf of a class under the Fair Credit Reporting Act ("FCRA"), as amended by the Fair and Accurate Credit Transactions Act ("FACTA").

　　2.　　Plaintiff alleges that she received from Produce World a computer-generated receipt, which displayed Plaintiff's own card expiration date. Plaintiff does not allege, and cannot allege, that she or her purported class suffered any actual harm. Plaintiff can only recover under FCRA by pleading and establishing "willful" violations of Section 1681c(g), which allows for statutory and punitive damages. Plaintiff's Complaint includes only sweeping, conclusory allegations of willful violations and seeks, on behalf of Plaintiff and the purported class, potentially millions of dollars in statutory damages.

1187111.1

3. Dismissal pursuant to Rule 12(b)(6) is warranted where a plaintiff fails to plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1964-65, 1974 (May 21, 2007).

4. Plaintiff's Complaint should be dismissed because: (1) H.R. 4008, a new bill that passed in Congress in May 2008, would clarify that any merchant that complied with the truncation requirement for credit card numbers on receipts, but left the expiration date on the receipt, did not "willfully" violate FACTA; (2) Plaintiff does not allege sufficient facts under *Bell Atlantic* to state a plausible, instead of a merely possible, entitlement to relief for a willful violation of FACTA; (3) as Congress recognized by passing H.R. 4008, the requirements in §1681c(g) of FACTA are sufficiently vague and ambiguous to make Produce World's alleged reading of the statute reasonable, thereby negating the possibility that Produce World willfully violated § 1681c(g) pursuant to the Supreme Court's holding in *Safeco Insurance Company of America v. Burr*, 127 S. Ct. 2201, 2208-2210, 2215-2216, 167 L. Ed. 2d 1045 (2007); and (4) the statutory damages sought by Plaintiff violate due process and principles of tort law.

5. Alternatively, Produce World seeks to strike the Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(f)(2), because the Complaint contains immaterial and prejudicial allegations.

6. In further support of its Joint Motion, Produce World incorporates the arguments set forth in the accompanying Memorandum in Support.

WHEREFORE, for the reasons noted above, Defendant PRODUCE WORLD, LTD. and DOES 1-10, respectfully requests that this Honorable Court dismiss with prejudice and/or strike Plaintiff Toni Ivanov's Class Action Complaint and award Produce World such other and further relief as this Court deems just.

Respectfully submitted,

/s/ Maria Z. Vathis

STEVEN N. NOVOSAD
MARIA Z. VATHIS
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, Illinois  60603
312/855-1010
Attorneys for Defendant PRODUCE WORLD, LTD. and DOES 1-10

**CERTIFICATE OF SERVICE**

     On June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas Everett Soule
EDELMAN, COMBS, LATTURNER
& GOODWIN
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
clm@rnplaw.com
ccombs@edcombs.com
jlatturner@edcombs.com
tsoule@edcombs.com

                                                                           By:  /s/ Maria Z. Vathis
                                                                           Maria Z. Vathis
                                                                           Clausen Miller P.C.
                                                                           10 S. LaSalle Street
                                                                           Chicago, IL 60603-1098
                                                                           Telephone:  312/855-1010
                                                                           Facsimile:  312/606-7777
                                                                           mvathis@clausen.com