IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONI IVANOV, Individually and on Behalf of a Class, <br><br> Plaintiff, <br><br> vs. <br><br> PRODUCE WORLD, LTD. and DOES 1-10, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO: 08 CV 2151 <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

TO:  Daniel A. Edelman
  Cathleen M. Combs
  James O. Latturner
  Thomas Everett Soule
  Edelman, Combs, Latturner & Goodwin
  120 South LaSalle Street, 18th Floor
  Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **12th** day of **June, 2008** at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him in Room 2141, at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois 60604, and present **Defendant's Joint Motion to Dismiss and Motion to Strike,** a copy of which is hereto served upon you.

              Respectfully submitted,

              /s/ Maria Z. Vathis

Steven N. Novosad
Maria Z. Vathis
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, Illinois  60603
312/855-1010
Attorneys for Defendant PRODUCE WORLD, LTD., and DOES 1-10

1

## CERTIFICATE OF SERVICE

On June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas Everett Soule
EDELMAN, COMBS, LATTURNER
& GOODWIN
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
clm@rnplaw.com
ccombs@edcombs.com
jlatturner@edcombs.com
tsoule@edcombs.com

By: /s/ Maria Z. Vathis
Maria Z. Vathis
Clausen Miller P.C.
10 S. LaSalle Street
Chicago, IL 60603-1098
Telephone: 312/855-1010
Facsimile: 312/606-7777
mvathis@clausen.com