**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TONI IVANOV, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 08 CV 2151 |
| | ) | Judge Castillo |
| PRODUCE WORLD, LTD., and DOES 1-10, | ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL**

On June 3, 2008, the Credit and Debit Card Receipt Clarification Act of 2007 was enacted. P.L. 110-241. This act eliminates plaintiff's claim for statutory damages for an alleged willful violation of 15 U.S.C. §1681c(g), based upon his receipt of a credit card receipt which printed the expiration date of his credit card.

Accordingly, the parties jointly stipulate to the dismissal of this action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ Steven N. Novosad |
| Daniel A. Edelman | Steven N. Novosad |
| Cathleen M. Combs | Maria Z. Vathis |
| James O. Latturner | CLAUSEN MILLER PC |
| Thomas E. Soule | 10 South LaSalle Street |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Suite 1600 Chicago, IL 60603 |
| 120 S. LaSalle Street, 18th Floor | (312) 855-1010 |
| Chicago, Illinois 60603 | (312) 606-7777 (FAX) |
| (312) 739-4200 | snovosad@clausen.com |
| (312) 419-0379 (FAX) | |
| courtecl@edcombs.com | |

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding was filed with the Court on June 6, 2008, and was served upon Steven Novosad (snovosad@clausen.com) and Maria Vathis (mvathis@clausen.com) by operation of the Court's electronic filing system on the same date.

/s/ Thomas E. Soule
Thomas E. Soule