**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Toni Ivanov

                                      Plaintiff,

v.                                                    Case No.: 1:08−cv−02151
                                                        Honorable Ruben Castillo

Produce World, Ltd., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

     MINUTE entry before the Honorable Ruben Castillo:Status hearing set for 6/12/2008 is vacated. Defendant's motion to dismiss and motion to strike [17] is denied as moot. This case is hereby dismissed pursuant to the Joint Stipulation of Dismissal filed by the parties on 6/6/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.